**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

EDGARDO ANDONI REYES-CASTILLO,

Petitioner,

v.

WARDEN, IMPERIAL REGIONAL DETENTION FACILITY, et al.,

Respondents.

Case No.: 3:26-cv-05375-RBM-JLB

**ORDER:**

**(1) GRANTING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS [Doc. 2]; and**

**(2) SETTING BRIEFING SCHEDULE**

Petitioner Edgardo Andoni Reyes-Castillo ("Petitioner"), a detainee in the custody of the U.S. Department of Homeland Security proceeding pro se, has filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. (Doc. 1.) That same day, Petitioner also filed an Application to Proceed in District Court without Prepaying Fees or Costs ("IFP Motion") in which he attests he has insufficient means to pay the $5.00 filing fee. (Doc. 2 at 1–2.) Accordingly, the Court **GRANTS** Petitioner's IFP Motion and **DIRECTS** the Clerk shall file the Petition without prepayment of the filing fee.

The Court finds that summary dismissal of the Petition is unwarranted. *See Kourteva*

*v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citation omitted). Accordingly, Respondents are **ORDERED TO SHOW CAUSE** on or before **October 6, 2026 at 4:30 p.m.** as to why the Petition should not be granted by: (1) filing a written response; (2) filing as exhibits all documents or evidence relevant to the determination of the issues raised in the Petition including any and all relevant documents reflecting Petitioner's immigration history; and (3) making a recommendation regarding the need for an evidentiary hearing. Petitioner may file a reply on or before **October 23, 2026 at 4:30 p.m.** The matter will be deemed under submission at that time and the Parties shall await further order from the Court.

To preserve the Court's jurisdiction, and to maintain the status quo, Petitioner **SHALL NOT** be transferred outside of the Southern District of California pending a ruling in this matter. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1), the TRO Motion (Doc. 3), and this Order to the United States Attorney's Office.

**IT IS SO ORDERED**.

DATE: September 29, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE